**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1561**

---

DANA H. FRACTION,

Plaintiff - Appellant,

versus

BANK OF AMERICA CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-02-4158-MJG)

---

Submitted:  June 19, 2003          Decided:  June 24, 2003

---

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dana H. Fraction, Appellant Pro Se.  Douglas Michael Topolski, Elena Daly Marcuss, MCGUIREWOODS, L.L.P., Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dana H. Fraction appeals the district court's order dismissing her second civil action in which she alleged wrongful termination as precluded by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Fraction v. Bank of America Corp.</u>, No. CA-02-4158-MJG (D. Md. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2